EX. & C. No. 1473. STATE *v.* ANTHONY L. DEGREGORY. Motion of defendant granted and the cause and papers remanded to Superior Court, Kent County, for purpose of establishing truth of the transcript and bill of exceptions. *Richard J. Israel,*

Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff. *Aram K. Berberian,* for defendant.